UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN – PAUL PRIMIANO

v.

VIGILANT INSURANCE COMPANY

CA 05 432 ML
C.A. NO.:

**COMPLAINT**
**(Parties and Jurosdiction)**

1. The Plaintiff, John – Paul Primiano, is a resident of the City of Newport, State of Rhode Island.

2. The Defendant, Vigilant Insurance Company, (Vigilant), is a foreign corporation licensed and authorized to conduct business in the State of Rhode Island.

3. This is an action for breach of contract and declaratory judgment, pursuant to R.I.G.L. §9-30, for the purpose of determining a question of actual controversy between the parties, as hereinafter more fully appears. As such, the monetary amount claimed is in excess of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest and costs, and is sufficient to meet the jurisdiction of this Honorable Court.

4. Jurisdiction over the subject matter exists pursuant to 29 U.S.C. §1332, as a result of diversity.

**COUNT 1**
**(Breach of Contract)**

5. The Plaintiff repeats and reavers each and every allegation of the Complaint contained in paragraphs 1 through 4, with the same force and effect as if more fully set forth herein at length.

6. On or about July 18, 2002, the Plaintiff purchased a policy of insurance from the Defendant, policy number 12302283-01, with policy coverage in the amount of Three Million, Five Hundred Thousand ($3,500,000.00) Dollars, for the dwelling; and One Million, Four Hundred Thousand ($1,400,000.00) Dollars for the contents, for the property located at 61 Narragansett Avenue, Newport, Rhode Island.

7. Such policy was effective on January 13, 2003. Premiums were paid pursuant to said contract and said policy.

8. On or about January 13, 2003, the Plaintiff sustained substantial damages to his dwelling, and contents, at 61 Narragansett Avenue, Newport, Rhode Island.

9. The Plaintiff immediately provided notice to the Defendant of his claims, pursuant to his policy of insurance, and requested that the Defendant pay said claims.

10. Despite the clear and unambiguous language of Plaintiff's policy of insurance with the Defendant, the Defendant refused and continues to refuse, to make payment to the Plaintiff for his claims.

WHEREFORE, Plaintiff, prays:

1. That this Honorable Court determine, and adjudicate the rights and liabilities of the Parties herein with respect to the policy of insurance, attached;

2. That this Honorable Court determine that the Defendant is under a duty and obligation to pay the Plaintiff his claim, pursuant to his homeowners policy, by reason of the property and contents damages the Plaintiff sustained; and

3. That the Plaintiff be awarded such other further relief as maybe warranted.

**COUNT II**
**BAD FAITH**

11. The Plaintiff repeats and reavers each and every allegation of the Complaint contained in paragraphs 1 through 10, with the same force and effect as if more fully set forth herein at length.

12. The Defendant, Vigilant, intentionally refuses to pay the Plaintiff's claim, pursuant to his policy of insurance with the Defendant.

13. The Defendant, Vigilant, is without any reasonably legitimate or arguable reason for its refusal to pay Plaintiff's claims.

WHEREFORE, Plaintiff demands judgment in his favor against the Defendant, Vigilant, for compensatory and punitive damages, attorneys fees,interest, and costs.

**PLAINTIFF DEMANDS A TRIAL BY JURY, AND DESIGNATES PETER P.D. LEACH AS TRIAL COUNSEL**

Plaintiff,
By his Attorney,

Peter P.D. Leach (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100