UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEAN-PAUL PRIMIANO | : | |
| | : | |
| vs. | : | C.A. No.: 05-432 ML |
| | : | |
| VIGILANT INSURANCE COMPANY | : | |

**ENTRY OF APPEARANCE**

The undersigned counsel hereby enters their appearance on behalf of the Defendant, Vigilant Insurance Company, in the above-captioned matter.

VIGILANT INSURANCE COMPANY,

By its attorneys,

Darlene Alt

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November 2005, I caused a copy of the within Entry of Appearance to be mailed to the following:

Peter P.D. Leach
One Charles Street
Providence, RI 02904

Darlene Alt