UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 04 2005
Property of U.S. District Court
District of Rhode Island

JEAN-PAUL PRIMIANO :
Plaintiff :
vs. : C.A. No.: 05-432 ML
VIGILANT INSURANCE COMPANY :

**STIPULATION EXTENDING TIME**

By agreement of the undersigned parties, Defendant Vigilant Insurance Company has until and including December 8, 2005, to answer or otherwise respond to Plaintiff's Complaint.

JEAN-PAUL PRIMIANO

By his attorney,

Peter F.D. Leach (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100

Dated: ______________________

VIGILANT INSURANCE COMPANY,

By its attorneys,

Darlene K. Alt (#6345)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Fax

Dated: 11/4/05

Enter:
Mary M. Lisi
USDJ 11/7/05