UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN-PAUL PRIMIANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-432-ML |
| | ) | |
| VIGILANT INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMITATIONS**

Pursuant to Amended General Order #2002-01, Defendant Vigilant Insurance Company ("Defendant") hereby moves to exceed the page limit applicable to the filing of appendices and/or exhibits so that it may submit the subject insurance policy in support of its motion to dismiss pursuant to Fed. R. Civ. P. 12(b).

VIGILANT INSURANCE COMPANY

By its Attorneys,

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 15, 2005, a true and correct copy of the foregoing Motion to Exceed Page Limitations was served by U.S. mail, first-class postage prepaid, on the following counsel of record:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

[signature]