UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN-PAUL PRIMIANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-432-ML |
| | ) | |
| VIGILANT INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMITATIONS**

Pursuant to Amended General Order #2002-01, Defendant Vigilant Insurance Company ("Defendant") hereby moves to exceed the page limit applicable to the filing of appendices and/or exhibits so that it may submit the subject insurance policy in support of its motion to dismiss pursuant to Fed. R. Civ. P. 12(b).

VIGILANT INSURANCE COMPANY

By its Attorneys,

[signature]

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

Granted.
Mary M. Lisi USDJ 11/21/05

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 15, 2005, a true and correct copy of the foregoing Motion to Exceed Page Limitations was served by U.S. mail, first-class postage prepaid, on the following counsel of record:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904



PRV_767808_1/RRIPPLE