UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN-PAUL PRIMIANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-432-ML |
| | ) | |
| VIGILANT INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**
**SUBMITTED BY VIGILANT INSURANCE COMPANY**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Vigilant Insurance Company ("Vigilant") submits the following Disclosure Statement. Vigilant is a wholly owned subsidiary of Federal Insurance Company which is a wholly owned subsidiary of The Chubb Corporation, a publicly traded corporation on the New York Stock Exchange.

VIGILANT INSURANCE COMPANY

By its attorneys,

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December 2005, I caused a copy of the foregoing Rule 7.1 Disclosure Statement to be mailed by first class mail, postage pre-paid, to the following counsel of record:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904