# UNITED STATES DISTRICT COURT

District of

Rhode Island

JOHN-PAUL PRIMIANO

V.

VIGILANT INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 432 ML

TO: (Name and address of Defendant)

Vigilant Insurance Company
c/o Department of Business Regulations
233 Richmond Street
Providence, Rhode Island 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P.D. Leach, Esq.
One Charles Street
Providence, Rhode Island 02904

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

October 7, 2005

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| vice of the Summons and complaint was made by me[1] | DATE 10/25/05 |
| E OF SERVER *(PRINT)* Kelly Bennett | TITLE Paralegal |

*heck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________

☐ Returned unexecuted: ______________

☑ Other (specify): Agent for Service of Process Department of Business Regulations, 222 Richmond Street, Providence, RI 02903

## STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/25/05 (Date) — Kelly A. Bennett (*Signature of Server*)

One Charles Street, Prov, RI 02904
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.