UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JAN 04 2006
Property of U.S. District Court
District of Rhode Island

JOHN-PAUL PRIMIANO
Plaintiff,

v. C.A. No.: 05-432-ML

VIGILANT INSURANCE COMPANY
Defendant.

## STIPULATION OF DISMISSAL

Upon review of the legal arguments raised in Defendant's Motion to Dismiss previously filed with this Honorable Court, the undersigned Parties hereby consent to the dismissal of the above-captioned action, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Defendant, Vigilant Insurance Company has agreed to waive any claim for attorney's fees.

Plaintiff,
By his Attorney,

Peter P.D. Leach (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100

Defendant,
By its Attorneys,

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Enter:
Mary M. Lisi
USDJ 1/4/06